IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **KERRY ANN BENTLER,** | : | Chapter 7 |
| | : | |
| | : | |
| | : | Case No. 5: 22-00448 |
| **Debtor(s)** | : | |

| | | |
|---|---|---|
| **JILL M. SPOTT, ESQUIRE** | : | |
| **CHAPTER 7 TRUSTEE,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **KERRY ANN BENTLER,** | : | |
| | : | |
| **Respondents/Defendant(s)** | : | |

## ORDER

**AND NOW** this ____ day of _____ 2022, upon consideration of Chapter 7 Trustee's Motion for Reconsideration of Court Order dated March 26, 2022 granting Debtor's Application to Waive Chapter 7 Filing Fee, it is hereby

**ORDERED** that the Order previously entered on Debtor's Application for Waiver of the Chapter 7 filing fee and is vacated;

**ORDERED** that the Debtor pay her filing fee in full or in installments