**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Kerry Ann Bentler a/k/a Kerry Bentler a/k/a Kerry A. Bentler

BK NO. 22-00524 MJC

Debtor(s)

Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
31 Mar 2022, 10:52:55, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322