United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                     Case No. 22-00524-MJC
Kerry Ann Bentler                                             Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                              Page 1 of 1
Date Rcvd: Apr 20, 2022                             Form ID: pdf010                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

**Recip ID**               **Recipient Name and Address**
db                    +    Kerry Ann Bentler, 612 Detty Street, Scranton, PA 18509-1615

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022                                   Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill M. Spott (Trustee) | jspottesq@sheilslaw.com PA92@ecfcbis.com |
| Raymond W. Ferrario | on behalf of Debtor 1 Kerry Ann Bentler raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KERRY ANN BENTLER, | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Case No. 5: 22-00524-MJC |

---

| | | |
|---|---|---|
| JILL M. SPOTT, ESQUIRE<br>CHAPTER 7 TRUSTEE, | : | |
| Plaintiff | : | |
| vs. | : | |
| KERRY ANN BENTLER, | : | |
| Respondents/Defendant(s) | : | |

## ORDER

Upon consideration of Chapter 7 Trustee's Motion for Reconsideration of Court Order dated March 26, 2022 granting Debtor's Application to Waive Chapter 7 Filing Fee, Dkt. # 19 ("Motion"), the answer filed in response thereto, and after hearing held on April 19, 2022, it is hereby

**ORDERED** that the Motion is **GRANTED**, and the Order previously entered on Debtor's Application for Waiver of the Chapter 7 filing fee, Dkt. # 12, is hereby **VACATED**; and it is further

**ORDERED** that the Debtor shall pay the filing fee in full on or before July 21, 2022, or the case will be dismissed without further notice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 19, 2022