United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00524-MJC |
| Kerry Ann Bentler | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2022 | Form ID: 318 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kerry Ann Bentler, 612 Detty Street, Scranton, PA 18509-1615 |
| 5465967 | | Apothaker Scian, P.C., 520 Fellowship Road Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 5465975 | + | City of Scranton, City Hall OECD, 340 North Washington Ave, Scranton, PA 18503-1582 |
| 5465992 | | Lakeview Mortgage Servicing, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5465997 | + | Penn Security Bank, 150 N Washington Ave, Scranton, PA 18503-1865 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 27 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5465966 | + | Email/Text: backoffice@affirm.com | Jun 27 2022 18:38:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5465972 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 27 2022 18:38:00 | CENLAR, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628 |
| 5465968 | + | EDI: CAPITALONE.COM | Jun 27 2022 22:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5465969 | + | EDI: CAPITALONE.COM | Jun 27 2022 22:43:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465970 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2022 18:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5465971 | + | EDI: CITICORP.COM | Jun 27 2022 22:43:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 5465974 | + | EDI: CITICORP.COM | Jun 27 2022 22:43:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5465976 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465977 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465978 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465979 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465980 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465983 | + | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 5465982 | + EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465981 | + EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenitybank/dswvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465984 | + EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Comenitycapital/houzz, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5465985 | + EDI: CRFRSTNA.COM | Jun 27 2022 22:43:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5465986 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2022 18:39:11 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5465994 | + EDI: CITICORP.COM | Jun 27 2022 22:43:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5465987 | + EDI: BLUESTEM | Jun 27 2022 22:43:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5465988 | + Email/Text: cashiering-administrationservices@flagstar.com | Jun 27 2022 18:38:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5465989 | + EDI: PHINGENESIS | Jun 27 2022 22:43:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5465973 | EDI: JPMORGANCHASE | Jun 27 2022 22:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5465990 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 18:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5465991 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2022 18:38:00 | Lakeview Loan Servicing LLC, 4425 Ponce De Leon Blvd, 5th Fl, Mail Stop, MS5/25, Coral Gables, FL 33146-1837 |
| 5465993 | Email/Text: camanagement@mtb.com | Jun 27 2022 18:38:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5465995 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2022 18:38:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5465996 | + Email/Text: bnc@nordstrom.com | Jun 27 2022 18:38:12 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5465998 | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2022 18:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 560284, Dallas, TX 75356-0284 |
| 5465999 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2022 18:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5466000 | ^ MEBN | Jun 27 2022 18:35:11 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 5466001 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Syncb/Jewerly TV, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466002 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466003 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Syncb/Reeds Jewelers, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466004 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466005 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466162 | + EDI: RMSC.COM | Jun 27 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| | | | | |
| --- | --- | --- | --- | --- |
| 5466006 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | 23541-1021<br>Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466007 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5466009 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466010 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466011 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5466008 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466012 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466013 | + EDI: RMSC.COM | | Jun 27 2022 22:43:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466014 | + EDI: BLUESTEM | | Jun 27 2022 22:43:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5466015 | + EDI: WFCCSBK | | Jun 27 2022 22:43:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jill M. Spott (Trustee) | jspottesq@sheilslaw.com  PA92@ecfcbis.com |
| Raymond W. Ferrario | on behalf of Debtor 1 Kerry Ann Bentler raymondwferrariopc@comcast.net  ferrariobk@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Kerry Ann Bentler<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1440<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–00524–MJC | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kerry Ann Bentler
aka Kerry Bentler, aka Kerry A. Bentler

6/27/22

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**